FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 17 PM 3:32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY WAYNE SMITH | CIVIL ACTION |
| VERSUS | NO. 04-1176 |
| CHARLES C. FOTI, ET AL. | SECTION "F" (3) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion for summary judgment filed by former Sheriff Charles C. Foti and Chief Rudy Belisle is **GRANTED** and that the false imprisonment claims against those defendants are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 17th day of AUGUST, 2005.

_____
UNITED STATES DISTRICT JUDGE